```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX000621
Cashier ID: sg
Transaction Date: 04/11/2007
Payer Name: JENNIFER R THOMAIDIS
------------------------------------
CIVIL FILING FEE
 For: JENNIFER R THOMAIDIS
 Amount:         $350.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


A fee of $45.00 will be assessed on
any returned check.
```