IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-00736-JLK

_____

EMILY TOMPKINS, individually and on behalf all others similarly situated,

     Plaintiff,

v.

MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND, MENU
FOODS LIMITED, MENU FOODS INC., MENU FOODS HOLDINGS, INC., THE PROCTER
& GAMBLE COMPANY, THE IAMS COMPANY SAFEWAY INC., THE KROGER CO.,
PETCO ANIMAL SUPPLIES, INC., PETCO ANIMAL SUPPLIES STORES, INC., and JOHN
DOES 1 THROUGH 100,

     Defendants.

_____

**ORDER GRANTING DEFENDANTS MENU FOODS MIDWEST CORPORATION,
MENU FOODS INCOME FUND, MENU FOODS LIMITED, MENU FOODS INC.,
AND MENU FOODS HOLDINGS, INC.'S MOTION TO STAY ALL PROCEEDINGS**

_____

     The Court herby reviewed Defendants Menu Foods Midwest Corporation, Menu Foods

Income Fund, Menu Foods Limited, Menu Foods Inc., and Menu Foods Holdings, Inc.'s

(collectively referred to as "Defendants") Motion to Stay All Proceedings, and having reviewed

the file and being fully advised herein,

     HEREBY grants said motion, ordering that further proceedings in this matter are stayed

pending decision by the Judicial Panel on Multidistrict Litigation on Defendants' Motion for

Coordinated Pre-Trial Proceedings.

Dockets.Justia.com

BY THE COURT:

_____
U.S. District Court Judge/Magistrate