IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-736-JLK**

**EMILY TOMPKINS, individually and on behalf of all others similarly situated**,

    Plaintiff,

v.

**MENU FOODS MIDWEST CORPORATION;**
**MENU FOODS INCOME FUND;**
**MENU FOODS LIMITED;**
**MENU FOODS HOLDINGS, INC.;**
**THE PROCTER & GAMBLE COMPANY;**
**THE IAMS COMPANY;**
**SAFEWAY, INC.**
**THE KROGER COMPANY**
**PETCO ANIMAL SUPPLIES, INC.;**
**PETCO ANIMAL SUPPLIES STORES, INC., and**
**JOHN DOES 1 through 100,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff shall respond to Defendants' Motion to Stay All Proceedings (doc. #2), filed April 20, 2007, on or before May 7, 2007.

Dated: April 25, 2007