IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-00736-JLK

EMILY TOMPKINS, individually and on
behalf all others similarly situated,

        Plaintiff,

v.

MENU FOODS MIDWEST
CORPORATION, et al.,

        Defendants.

## JOINDER OF DEFENDANTS THE PROCTER & GAMBLE COMPANY AND THE IAMS COMPANY IN MENU FOODS DEFENDANTS' MOTION TO STAY PROCEEDINGS

Defendants The Procter & Gamble Company ("Procter & Gamble") and The Iams Company ("Iams") join in the Motion to Stay Proceedings filed by Defendants Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods Inc., and Menu Foods Holding, Inc. (collectively, "Menu Foods Defendants").[1]  The arguments made in Menu Foods Defendants' Motion to Stay are equally applicable to Procter & Gamble and Iams, and thus are incorporated by reference here.

---

[1] Neither Procter & Gamble nor Iams have been formally served with the Class Action Complaint or Summons by Plaintiffs and are not waiving any rights to be formally served by filing this notice of joinder.

Respectfully submitted this 2nd day of May, 2007.

        s/ Steven J. Merker
        Steven J. Merker
        DORSEY & WHITNEY LLP
        4700 Republic Plaza Building
        370 Seventeenth Street
        Denver, Colorado  80202-5647
        Telephone:  (303) 629-3400
        Facsimile:   (303) 629-3450
        E-mail:  merker.steve@dorsey.com

        **Attorneys for Defendants**
        **The Iams Company and**
        **The Procter & Gamble Company**

        OF COUNSEL:

        D. Jeffrey Ireland
        Laura A. Sanom
        Brian D. Wright
        FARUKI IRELAND & COX P.L.L.
        500 Courthouse Plaza, S.W.
        10 North Ludlow St.
        Dayton, OH  45402
        Telephone:  (937) 227-3710
        Telecopier:  (937) 227-3717
        E-mail:  djireland@ficlaw.com

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of May, 2007, I electronically filed the foregoing **NOTICE OF JOINDER OF DEFENDANTS THE PROCTER & GAMBLE COMPANY AND THE IAMS COMPANY TO MENU FOODS DEFENDANTS' MOTION TO STAY PROCEEDINGS** with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

Jennifer Reba Thomaidis
THOMAIDIS LAW, LLC
1866 Vine Street
Denver, CO  80206
jennifer@thomaidislaw.com

Counsel for Plaintiff Emily Tompkins

Rachel L. Carnaggio
GODFREY & LAPUYADE, P.C.
9557 S. Kingston Court
Englewood, CO  80112
carnaggio@godlap.com

Counsel for Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc., and Menu Foods Holding, Inc.

and I certify that I have mailed by United States Postal Service the **Notice of Joinder of Defendants The Procter & Gamble Company and The Iams Company to Menu Foods Defendants' Motion to Stay Proceedings** to non-CM/ECF participants:

Frank Jablonski
Noah Golden-Krasner
PROGRESSIVE LAW GROUP, LLC
354 West Main Street
Madison, WI  53703

Ilan J. Chorowsky
PROGRESSIVE LAW GROUP, LLC
1130 North Dearborn Street
Suite 3110
Chicago, IL  60610

s/ Steven J. Merker
Steven J. Merker
DORSEY & WHITNEY LLP
4700 Republic Plaza Building
370 Seventeenth Street
Denver, Colorado  80202-5647