IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00736-JLK-CBB

EMILY TOMPKINS, individually and on
behalf all others similarly situated,

    Plaintiff,

v.

MENU FOODS MIDWEST
CORPORATION, et al.,

    Defendants.

## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS THE IAMS COMPANY AND THE PROCTER & GAMBLE COMPANY

Pursuant to Fed. R. Civ. P. 7.1 and D.C. COLO. LCivR. 7.4, Defendant The Procter & Gamble Company ("Procter & Gamble") states that it is a publicly traded corporation and that Defendant The Iams Company ("Iams") is a wholly-owned subsidiary of Procter & Gamble. No publicly held corporation owns 10% or more of the stock of Procter & Gamble.

Respectfully submitted this 4th day of May, 2007.

          s/ Steven J. Merker
          Steven J. Merker
          DORSEY & WHITNEY LLP
          4700 Republic Plaza Building
          370 Seventeenth Street
          Denver, Colorado  80202-5647
          Telephone:  (303) 629-3400
          Facsimile:   (303) 629-3450
          E-mail:  merker.steve@dorsey.com

          Attorneys for Defendants
          The Iams Company and
          The Procter & Gamble Company

          OF COUNSEL:

          D. Jeffrey Ireland (Ohio Bar No. 0010443)
          Laura A. Sanom (Ohio Bar No. 0039451)
          Brian D. Wright (Ohio Bar No. 0075359)
          FARUKI IRELAND & COX P.L.L.
          500 Courthouse Plaza, S.W.
          10 North Ludlow St.
          Dayton, OH  45402
          Telephone:  (937) 227-3710
          Telecopier:  (937) 227-3717
          E-mail:  djireland@ficlaw.com

## CERTIFICATE OF SERVICE

I certify that on the 4th day of May, 2007, I electronically filed the foregoing **FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS THE IAMS COMPANY AND THE PROCTER & GAMBLE COMPANY** with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

| | |
|---|---|
| Jennifer Reba Thomaidis<br>THOMAIDIS LAW, LLC<br>1866 Vine Street<br>Denver, CO  80206<br>jennifer@thomaidislaw.com<br><br>Counsel for Plaintiff Emily Tompkins | Rachel L. Carnaggio<br>GODFREY & LAPUYADE, P.C.<br>9557 S. Kingston Court<br>Englewood, CO  80112<br>carnaggio@godlap.com<br><br>Counsel for Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc., and Menu Foods Holding, Inc. |

and I certify that I have mailed by United States Postal Service the **FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS THE IAMS COMPANY AND THE PROCTER & GAMBLE COMPANY** to non-CM/ECF participants:

| | |
|---|---|
| Frank Jablonski<br>Noah Golden-Krasner<br>PROGRESSIVE LAW GROUP, LLC<br>354 West Main Street<br>Madison, WI  53703 | Ilan J. Chorowsky<br>PROGRESSIVE LAW GROUP, LLC<br>1130 North Dearborn Street<br>Suite 3110<br>Chicago, IL  60610 |
| | s/ Steven J. Merker<br>Steven J. Merker<br>DORSEY & WHITNEY LLP<br>4700 Republic Plaza Building<br>370 Seventeenth Street<br>Denver, Colorado  80202-5647 |

4819-0708-6337\1