IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-00736-JLK

EMILY TOMPKINS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND, MENU FOODS LIMITED, MENU FOODS HOLDINGS, INC., THE PROCTER & GAMBLE COMPANY, THE IAMS COMPANY SAFEWAY, Inc., THE KROGER CO., PETCO ANIMAL SUPPLIES, INC., PETCO ANIMAL SUPPLIES STORES, INC., and JOHN DOES 1 THROUGH 100,

    Defendants

## PLAINTIFF'S RESPONSE TO MOTION FOR STAY

Plaintiff, Emily Tompkins, individually and on behalf of all others similarly situated, through counsel, Paul Gordon, LLC and Thomaidis Law, LLC, responds to the motion for stay of all proceedings, stating as follows:

Plaintiff has no objection.

RESPECTFULLY submitted this 7th day of May, 2007.

**PAUL GORDON, LLC**

By: /s/
    Paul Gordon
650 South Cherry Street, Suite 835
Denver, Colorado 80246
(303) 756-0800

> Jennifer Reba Thomaidis, Esq.
> THOMAIDIS LAW, LLC
> 1866 Vine Street
> Denver, Colorado 80206
> *Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that on the 7th day of May, 2007, a true copy of this **PLAINTIFF'S RESPONSE TO MOTION FOR STAY** was served by the CM/ECF system to:

Rachel L. Carnaggio, Esq.
Godfrey & Lapuyade, P.C.
9557 South Kingston Court
Englewood, Colorado 80112
Fax: 303-228-0701
E-mail: Carnaggio@godlap.com
*Attorneys for Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods Inc., and Menu Foods Holdings, Inc.*


　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Paul Gordon