FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 14 2007

07-cv-00736-JLK

GREGORY C. LANGHAM
CLERK

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re Pet Food Litigation                     MDL Docket No. 1850

MOTION OF PLAINTIFFS FOR TRANSFER OF ACTIONS TO THE NORTHERN
DISTRICT OF OHIO PURSUANT TO 28 U.S.C. §1407 FOR COORDINATED OR
CONSOLIDATED PRETRIAL PROCEEDINGS

Plaintiff Gregory Boehm ("Boehm"), by and through his counsel, respectfully moves this Panel pursuant to 28 U.S.C. § 1407 to transfer the pending cases identified in the Schedule of Actions filed concurrently herewith to the United States District Court for the Northern District of Ohio, and to consolidate or coordinate them for pretrial proceedings.

Respectfully Submitted,

Dennis E. Murray Sr.
John T. Murray
Leslie O. Murray
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
P.O. Box 19
Sandusky, Ohio 44870
Telephone: 419-624-3000
FAX: 419-624-0707

Jeremy Gilman (Reg. # 0014144)
Nicole Dorsky (Reg. # 0079202)
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
FAX: (216) 363-4588

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2007, the foregoing was filed via overnight mail. A copy of the foregoing has been served upon all District Court Clerks and Counsel for all parties of this proceeding, by mailing the same to each on the 11th day of May, 2007, by regular mail.

_____
Dennis E. Murray Sr.
John T. Murray
Leslie O. Murray
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
P.O. Box 19
Sandusky, Ohio 44870
Telephone: 419-624-3000
FAX: 419-624-0707

Jeremy Gilman (Reg. # 0014144)
Nicole Dorsky (Reg. # 0079202)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square #2300
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
FAX: (216) 363-4588

Attorneys for Plaintiff

Doc 1441225 Ver 1