MDL DOCKET NO. 1850

07-cv-00736-JLK

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN MAY 14, 2007

TO:  Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 1 2007

GREGORY C. LANGHAM
CLEF

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

**x**

This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| 5/14/07 | Nicole Dorsky | |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (list even if waiving):

Gregory Boehm
U.S. District Court, Northern District of Ohio, Eastern Division
Case No. 1:07-cv-1018

Name and Address of Attorney Designated to Present Oral Argument:

John T. Murray
Murray & Murray Co., LPA
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44870
(419) 624-3000

Jeremy Gilman
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square
Suite 2300
Cleveland, OH 44114
(216) 363-4500

Telephone No.: _____

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

In re Pet Food Products                                    MDL Docket No. 1850
Liability Litigation

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of **Notice of Presentation or Waiver of**

**Oral Argument** was served upon the counsel listed on the attached MDL Panel Service List as

well as the counsel on the attached service list on the 15th day of May, 2007, by U.S. Mail, first

class postage prepaid.

One of the Attorneys for Plaintiff Gregory
Boehm

Printed on 05/14/20(

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 1850 - In re Pet Food Products Liability Litigation

### *** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
> \* Signifies that an appearance was made on behalf of the party by the representing attorney.
> \# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
> All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
> Docket: 1850 - Pet Food PL
> For Open Cases

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List                                                                          Page

Docket: 1850 - In re Pet Food Products Liability Litigation
Status:   Pending on  / /
Transferee District:        Judge:                                                                                         Printed on 05/14/200

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Berman, Steve W.<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101 | => Phone: (206) 623-7292  Fax: (206) 623-0594<br>Hotler, Stacey*; Johnson, Suzanne E.*; Kiemann, Craig R.*; Kornelius, Audrey*; Mitchell, Cecily*;<br>Mitchell, Terrence*; Rapp, David*; Robinson, Toinette*; Smith, Barbara* |
| Blim, John<br>Blim & Edelson, LLC<br>53 West Jackson Blvd.<br>Suite 1642<br>Chicago, IL 60604 | => Phone: (312) 913-9400  Fax: (312) 913-9401<br>Majerczyk, Dawn* |
| Craft, Perry A.<br>Craft & Sheppard, PLC<br>The Shiloh Building<br>214 Centerview Drive<br>Suite 223<br>Brentwood, TN 37027 | => Phone: (615) 309-1707  Fax: (615) 309-1717<br>Holt, Lizajean*; Lefebvre, Donna*; Leonard, Kim*; Leroy, Debra* |
| Davidson, Stuart A.<br>Lerach Coughlin Stoia Geller Rudman & Robbins, LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432-4809 | => Phone: (561) 750-3000  Fax: (561) 750-3364<br>Troiano, Christine* |
| Eukanuba<br>One Proctor & Gamble Plaza C-2<br>Cincinnati, OH 45202 | =><br>Eukanuba |
| Hatfield, Jason Matthew<br>Lundy & Davis, LLP<br>300 North College Avenue<br>Suite 309<br>Fayetteville, AR 72701 | => Phone: (479) 527-3921  Fax: (479) 587-9196  Email: jhatfield@lundydavis.com<br>Sims, Cherica Ray*; Sims, Pamela* |
| Hutchinson, Jeremy Y.<br>Patton, Roberts, McWilliams & Capshaw, LLP<br>Stephens Building<br>111 Center Street<br>Suite 1315<br>Little Rock, AR 72201 | => Phone: (501) 372-3480  Fax: (501) 372-3486<br>Widen, Barbara*; Widen, Richard Scott* |
| Ireland, D. Jeffrey<br>Faruki, Ireland & Cox, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH 45402 | => Phone: (937) 227-3710  Fax: (937) 227-3749  Email: djireland@ficlaw.com<br>Iams Co.* |

*(Panel Attorney Service List for MDL 1,850 Continued)*                                                   Pag

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Karp, Adam P.<br>Animal Law Offices<br>114 West Magnolia Street<br>Suite 425<br>Bellingham, WA 98225 | => Phone: (360) 392-3936<br>James, Don; Suggatt, Michele |
| Myers, Michael David<br>Myers & Co., P.L.L.C.<br>1809 Seventh Avenue<br>Suite 700<br>Seattle, WA 98101 | => Phone: (206) 398-1188  Fax: (206) 400-1112<br>Whaley, Tom |
| Newman, Bruce E.<br>Newman, Creed & Associates<br>99 North Street, Route 6<br>P.O. Box 575<br>Bristol, CT 66011 | => Phone: (860) 583-5200  Fax: (860) 582-0012<br>Osborne, Lauri A.; Sokolwski, Todd* |
| Rotinghaus, Daniel L.<br>Berding & Weil<br>3240 Stone Valley Road West<br>Alamo, CA 94507 | => Phone: (925) 838-2090  Fax: (925) 820-5992<br>Swarberg, Diane* |
| Ruff, III, Edward B.<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive<br>Suite 2500<br>Chicago, IL 60606-4673 | => Phone: (312) 346-1973  Fax: (312) 346-8242<br>Menu Foods*; Menu Foods Gen Par Ltd.*; Menu Foods Holding, Inc.*; Menu Foods Income Fund*;<br>Menu Foods Ltd.*; Menu Foods Ltd. Partnership*; Menu Foods Midwest Corp.*; Menu Foods<br>Operating Partnership*; Menu Foods South Dakota Inc.*; Menu Foods, Inc.* |
| Savett, Sherrie R.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | => Phone: (215) 875-3071  Fax: (215) 875-5715<br>Cohen, Mark*; Cohen, Mona*; Workman, Jared* |
| Wal-Mart Stores, Inc.,<br>C/O Registered Agent<br>Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801-1120 | =><br>Wal-Mart Stores, Inc. |
| Wexler, Kenneth A.<br>Wexler Toriseva Wallace, LLP<br>One North LaSalle Street<br>Suite 2000<br>Chicago, IL 60602 | => Phone: (312) 346-2222  Fax: (312) 346-0022<br>Sexton, Shirley* |

**MENU FOODS**
**MDL Docket No. 1850**
<u>**Service List**</u>

| *Counsel for Defendants* | |
|---|---|
| **Lead Attorney Representing actions in New Jersey** | *Menu Foods Midwest Corporation* |
| Gerard H. Hanson <br> HILL WALLACK <br> 202 Carnegie Center <br> Princeton, NJ 08543-5226 <br> Telephone: (609) 924-0808 <br> Email: ghh@hillwallack.com | *Menu Foods, Inc.* <br><br> *Menu Foods Income Fund* <br><br> *Menu Foods Limited* <br><br> *Menu Foods South Dakota, Inc.* <br><br> *Menu Foods Holdings, Inc.* |
| **Lead Attorney Representing actions in Arkansas** | *Menu Foods* |
| Christy Comstock <br> 21 West Mountain Street, Suite 300 <br> Fayetteville, AR 72701 <br> Telephone: (479) 582-3382 <br> Email: ccomstock@joneslawfirm.com | *Menu Foods Holdings, Inc* <br><br> *Menu Foods Midwest Corporation* <br><br> *Menu Foods South Dakota Inc.* <br><br> *Menu Foods, Inc.* <br><br> *Menu Foods Income Fund* <br><br> *Menu Foods Gen Par Limited* <br><br> *Menu Foods Limited Partnership* <br><br> *Menu Foods Operating Partnership* |

| **Lead Attorney Representing actions in Arkansas** | *Wal-Mart Stores, Inc.* |
|---|---|
| Marshall S. Ney<br>MITCHELL, WILLIAMS, SELIG, GATES &<br>WOODYARD, PLLC<br>5414 Pinnacle Point Drive, Suite 500<br>Rogers, AR 72758<br>Telephone: (479) 273-9561<br>Facsimile: (479) 273-0527<br>Email: mney@mwsgw.com | |

| **Lead Attorney Representing actions in Washington** | *Menu Foods* |
|---|---|
| Jeffrey T. Kestle<br>Gary A. Trabolsi<br>GARDNER BOND TRABOLSI ST LOUIS &<br>CLEMENT<br>2200 6th Avenue, Suite 600<br>Seattle, WA 98121<br>Telephone: (206) 256-6309<br>Email: jkestle@gardnerbond.com<br>gtrabolsi@gardnerbond.com | |

| **Lead Attorney Representing actions in Colorado** | *Menu Foods Holdings, Inc.* |
|---|---|
| Rachel Lame Carnaggio<br>GODFREY & LAPUYADE, P.C.<br>9557 S. Kingston Court<br>Englewood, CO 80112-5952<br>Telephone: (303) 228-0700<br>Facsimile: (303) 228-0701<br>Email: carnaggio@godlap.com | *Menu Foods, Inc.*<br><br>*Menu Foods Income Fund*<br><br>*Menu Foods Limited*<br><br>*Menu Foods Midwest Corporation* |

| **Lead Attorney Representing actions in Connecticut** | *Menu Foods Inc.* |
|---|---|
| Matthew G. Conway<br>Jennifer Katz<br>CONWAY & STOUGHTON<br>818 Farmington Avenue<br>West Hartford, CT 06119<br>Telephone: (860) 523-8000<br>Facsimile: (860) 523-8002<br>Email: mconway@conwaystoughton.com<br>jkatz@conwaystoughton.com | |

| **Lead Attorney Representing actions in Florida** | *Menu Foods Income Fund* |
|---|---|
| Robert Dewitt McIntosh<br>ADORNO & YOSS<br>888 SE 3rd Avenue, Suite 500<br>Fort Lauderdale, FL 33335-9002<br>Telephone: (954) 523-5885<br>Facsimile: (954) 760-9531<br>Email: rdm@adorno.com | *Menu Foods, Inc.* |
| **Lead Attorney Representing actions filed in Idaho** | *Menu Foods (Canada)* |
| Stephen R. Thomas<br>MOFFATT THOMAS BARRETT ROCK & FIELDS<br>P.O. Box 829<br>Boise, ID 83701<br>Telephone: (208) 345-2000<br>Facsimile: (208) 385-5384<br>Email: srt@moffatt.com | |
| **Lead Attorneys Representing actions filed in Illinois** | *Menu Foods Acquisition Inc.*<br><br>*Menu Foods Holdings, Inc.* |
| Edward B. Ruff, III<br>Priya K. Jesani<br>Michael Patrick Turiello<br>PRETZEL & STOUFFER, Chtd.<br>One South Wacker Drive<br>Suite 2200<br>Chicago, IL 60606-4673<br>Telephone: (312) 346-1973<br>Email: eruff@pretzel-stouffer.com<br>pjesani@pretzel-stouffer.com | *Menu Foods Income Fund*<br><br>*Menu Foods Limited*<br><br>*Menu Foods Limited Partnership*<br><br>*Menu Foods Midwest Corporation*<br><br>*Menu Foods Operating Trust*<br><br>*Menu Foods, Inc.* |
| **Lead Attorney Representing actions filed in Nevada** | *Menu Foods, Inc.*<br><br>*Menu Foods income Fund* |
| Charles W. Spann<br>PERRY & SPANN<br>6130 Plumas Street<br>Reno, NV 89509<br>Telephone: (775) 829-2002<br>Facsimile: (705) 829-1808<br>Email: cspann@perryspann.com | |

| | |
|---|---|
| **Lead Attorney Representing actions filed in Rhode Island** | *Menu Foods Income Fund* |
| | *Menu Foods Midwest Corporation* |
| Thomas C. Angelone<br>HODOSH, SPINELLA & ANGELONE PC<br>One Turks Head Place, Suite 1050<br>Providence, RI 02903<br>Telephone: (401) 274-0200<br>Facsimile: (401) 274-7538<br>Email: angelonelaw@aol.com | *Menu Foods South Dakota, Inc.*<br><br>*Menu Foods, Inc.* |
| **Lead Attorney Representing actions filed in Maine** | *Menu Foods Inc.* |
| | *Menu Foods Income Fund* |
| Paul C. Catsos<br>THOMPSON & BOWIE<br>3 Canal Plaza<br>P.O. Box 4630<br>Portland, ME 04112<br>Telephone: 774-2500<br>Email: pcatsos@thompsonbowie.com | *Menu Foods Limited*<br><br>*Menu Foods Midwest Corporation* |
| **Lead Attorney Representing actions filed in Tennessee** | *Menu Foods Inc.* |
| | *Menu Foods Income Fund* |
| Jeffrey R. Thompson<br>O'NEIL, PARKER & WILLIAMSON<br>P.O. Box 217<br>Knoxville, TN 37901-0217<br>Telephone: (865) 546-7190<br>Facsimile: (865) 546-0789<br>Email: jthompson@opw.com | |
| **Lead Attorneys Representing actions flied in California** | *Menu Foods Holding Inc.* |
| | *Menu Foods, Inc.* |
| Susan Moriarty Hack<br>HIGGS FLETCHER AND MACK<br>401 West A Street, Suite 2600<br>San Diego, CA 92101<br>Telephone: (619) 236-1551<br>Facsimile: (619) 696-1410<br>Email: hack@higgslaw.com | |

| | |
|---|---|
| Don Howarth<br>Suzelle M. Smith<br>HOWARTH & SMITH<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>Telephone: (213) 955-9400<br>Email: dhowarth@howarth-smith.com<br>ssmith@howarth-smith.com | *The Iams Company*<br><br>*The Proctor & Gamble Company* |
| Mordecai D. Boone<br>GORDON & REES LLP<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054<br>Email: mboone@gordonrees.com | *Menu Foods Income Fund*<br><br>*Menu Foods Midwest Corporation*<br><br>*Menu Foods South Dakota Inc.*<br><br>*Menu Foods, Inc.* |
| Jean M. Lawler<br>Gina E. Och<br>MURCHISON AND CUMMING<br>Chase Plaza<br>801 S. Grand Avenue, 9th Floor<br>Los Angeles, CA 90017-4613<br>Telephone: (213) 623-7400<br>Facsimile: (213) 623-6336<br>Email: goch@murchison-cumming.com | *Foods, Inc.*<br><br>*Menu Foods Income Fund*<br><br>*Menu Foods Limited*<br><br>*Menu Foods Midwest Corp.*<br><br>*Menu Foods Operating Limited Partnership*<br><br>*Menu Foods, Inc.*<br><br>*Petco Animal Supplies Inc.*<br><br>*The IAMS Company* |
| Gary L. Justice<br>William E. Wegner<br>GIBSON DUNN AND CRUTCHER<br>333 S. Grand Ave.<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Email: wwegner@gibsondunn.com | *Nutro Products* |

Robert Troyer                                         *Nestle*
HOGAN & HARTSON LLP
One Tabor Center
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Telephone: (303)899-7300
Facsimile: (303) 899-7333

| Additional Defendants | |
|---|---|
| Menu Foods Gen Par Limited<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Menu Foods Limited Partnership<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Menu Foods Operating Partnership<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Wal-Mart Stores, Inc.<br>c/o The Corporation Company<br>425 W. Capitol Avenue, Suite 1700<br>Little Rock, AR 72201 |
| Eukanuba<br>One Proctor & Gamble Plaza C-2<br>Cincinnati, OH 45202 | Xuzhou Anying Biologic Technology<br>Development Co. Ltd<br>c/o Mr. Mao Lujun<br>Wangdian Industrial Pei County Jiangsu<br>Xuzhou, Jiangsu, P. R. China |
| Suzhou Textile Import and Export Company<br>201 Zhuhui Road<br>Suzhou, Jiangsu, China 215006 | Nestle USA, Inc.<br>Nestle Holdings, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Nestle Purina Petcare Co.<br>c/o CT Corporation System<br>120 South Central Avenue<br>Clayton, MO 63105 | Nestle, S.A.<br>do Nestlé USA, Inc.<br>800 North Brand Blvd.<br>Glendale, CA 91203 |
| Chemnutra, Inc.<br>c/o National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 | |

| | |
|---|---|
| David L. Lillehaug<br>FREDRIKSON & BYRON, P.A.<br>200 S. Sixth Street, Suite 4000<br>Minneapolis, MN 55402 | ***Counsel For The Menu Food Entities*** |
| Barbara L. Croutch<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 S. Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 | ***Counsel For Petco*** |
| Charles H. Abbott III<br>GIBSON DUNN & CRUTCHER LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-3197 | ***Counsel For Nutro Products, Inc.*** |
| Gerard H. Hanson<br>HILL WALLACK<br>202 Carnegie Center<br>Princeton, NJ 08543-5226<br>Telephone: (609) 924-0808<br>Email: ghh@hillwallack.com | ***Chemnutra, Inc.*** |
| ***Attorneys for Plaintiffs*** | |
| Jason M. Hatfield<br>LUNDY & DAVIS, LLP<br>300 North College Avenue, Suite 309<br>Fayetteville, AR 72701<br>Telephone: (479) 527-3921<br>Facsimile: (479) 587-9196<br>Email: jhatfield@lundydavis.com | ***Sims v. Menu Foods***<br>***5:07-cv-05053-JLH***<br>***W.D. Arkansas*** |
| Richard A. Adams<br>PATTON, ROBERTS, McWILLIAMS &<br>CAPSHAW<br>2900 Saint Michael Drive, Suite 400<br>Texarkana, TX 75503<br>Telephone: (903) 334-7107<br>Facsimile: (903) 334-7007<br>Email: radams@pattonroberts.com | ***Widen v. Menu Foods***<br>***5:07-cv-05055-RTD***<br>***W.D. Arkansas*** |

Jeremy Y. Hutchinson
Jack T. Patterson, II
PATTON, ROBERTS, McWILLIAMS &
CAPSHAW
111 Center Street, Suite 1315
Little Rock, AR 72201
Telephone: (501) 372-3480
Facsimile: (501) 372-3488
Email: jhutchinson@pattonroberts.com

Timothy Chad Hutchinson
WILLIAMS & HUTCHINSON, LLP
5417 Pinnacle Point Drive, Suite 500
Rogers, AR 72758
Telephone: (479) 464-4944
Facsimile: (479) 464-4946
Email: thutchinson@whs-lawfirm.com

Sean F. Rommel
PATTON, ROBERTS, McWILLIAMS, GREER &
CAPSHAW, LLP
P.O. Box 6128
2900 St. Michael Drive
Texarkana, TX 75505-6128
Telephone: (903) 334-7000
Facsimile: (903) 334-7007
Email: srommel@pattonroberts.com

James C. Wyly
PATTON, ROBERTS, McWiLLIAMS &
CAPSHAW, LLP
P. O. Box 6128
Texarkana, TX 75505
Telephone: (903) 334-7000
Facsimile: (903) 334-7007
Email: jwyly@pattonroberts.com

| | |
|---|---|
| Jason M. Hatfield<br>LUNDY & DAVIS, LLP<br>300 North College Avenue, Suite 309<br>Fayetteville, AR 72701<br>Telephone: (479) 527-3921<br>Facsimile: (479) 587-9196<br>Email: jhatfield@lundydavis.com | *Cooper v. Menu Foods*<br>*4:07-cv-04036-HFB*<br>*W.D. Arkansas* |

William Gene Horton
NOLAN, CADDELL & REYNOLDS, PA
P.O. Box 184
Fort Smith, AR 72902
Telephone: (479) 782-5297
Facsimile: (479) 782-5194
Email: bhorton@justicetoday.com

*Gray v. Menu Foods*
*5:07-cv-05065-RTD*
*W.D. Arkansas*

---

Jeffrey B. Cereghino
BERDING AND WEIL
3240 Stone Valley Road West
Alamo, CA 94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592
Email:

*Swarberg v. Menu Foods*
*3:07-cv-00706-BTM-POR*

---

Eric Benink
KRAUSE KALFAYAN BENINK AND SLAVENS
625 Broadway, Suite 635
San Diego, CA 92101
Telephone: (619) 232-0331
Facsimile: (619) 232-4019

*Payne v. Menu Foods*
*3:07-cv-00705-JAH-CAB*

---

Mark J. Tamblyn
WEXLER TORISEVA WALLACE
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568-1100
Email: mjt@wtwlaw.us

Stuart Talley
KERSHAW CUTTER RATINOFF & YORK
980 9th Street, 19th floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

*Sexton v. Menu Foods*
*07-cv-01958-GHK-AJW*
*C.D. California*

---

Jeff S. Westerman
Sabrina S. Kim
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1200
Email: jwesterman@milbergweiss.com
skim@milbergweiss.com

*Howe v. Menu Foods*
*2:07-cv-02060-SJO-PLA*
*C. D. California*

Jeff S. Westerman
Sabrina S. Kim
Cheryl A. Williams
Michiyo Michelle Furukawa
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1200
Email: jwesterman@milbergweiss.com
skim@milbergweiss.com

*Townsend v. Menu Foods*
*5:07-cv-00398-GHK-AJW*
*C.D. California*

---

Jeff S. Westerman
Sabrina S. Kim
Cheryl A. Williams
Michiyo Michelle Furukawa
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1200
Email: jwesterman@milbergweiss.com
skim@milbergweiss.com

*Chamberlain v. Nestle SA*
*2:07-cv-02476-FMC-SS*
*C.D. California*

---

James L. Davidson
Paul J. Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
Email: jdavidson@lerachlaw.com
sdavidson@lerachlaw.com
pgeller@lerachlaw.com
shawnw@lerachlaw.com

Shawn A. Williams
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
100 Pine Street, Suite 2600
San Francisco, CA 94111

*Ingles v. Menu Foods*
*3:07-cv-01809-MMC*
*N.D. California*

| | |
|---|---|
| Robert M. Churella<br>Robert K. Friedl<br>Michael L. Kelly<br>KIRTLAND & PACKARD<br>2361 Rosecrans Ave., 4th Floor<br>El Segundo, CA 90245<br>Telephone: (310) 536-1000<br>Email: rmc@kirtland-packard.com<br>rkf@kirtlandpackard.com<br>michaellkelly@earthlink.net | *Paul Randolph Johnson v. Menu Foods*<br>*2:07-cv-01987-GHK-AJW*<br>*C.D. California* |
| Andrew H. Friedman<br>Gregory D. Helmer<br>HELMER AND SMITH<br>723 Ocean Front Walk<br>Venice, CA 90292<br>Telephone: (310) 396-7714<br><br>Paul L. Hoffman<br>Michael S. Morrison<br>Michael D. Seplow<br>SCHONBRUN DeSIMONE SEPLOW HARRIS<br>AND HOFFMAN<br>723 Ocean Front Walk, Suite 100<br>Venice, CA 90291-3270<br>Telephone: (310) 396-0731<br>Facsimile: (310) 399-7040<br>Email: hoffpaul@aol.com | *Grady v. Menu Foods*<br>*2:07-cv-02253-DDP-PLA*<br>*C.D. California* |
| Thomas M. Ferlauto<br>William T. King<br>KING & FERLAUTO<br>1880 Century Park East, Suite 820<br>Los Angeles, CA 90067-1627<br>Telephone: (310) 552-3366<br>Email: ferlauto@pacbell.net | *Finestone v. Menu Foods*<br>*2:07-cv-02338-CAS-CW*<br>*C.D. Cahfornia* |
| Bruce E. Newman<br>Kevin E. Creed<br>NEWMAN, CREED & ASSOCIATES<br>P.O. Box 575<br>Bristol, CT 06011-0575<br>Telephone: (860) 583-5200<br>Facsimile: (860) 582-0012<br>Email: bnewman@newmancreedlaw.com<br>kcreed@newmancreedlaw.com | *Osborne v. Menu Foods*<br>*07-cv-00469-RNC*<br>*D. Connecticut*<br><br>*Sokolowski v. Menu Foods*<br>*1:2007cv01709*<br>*D. New Jersey* |

Debra Lynn Waldhauer - *pro per*
Satoru Waldhauer
159 N. Audrey Circle NW
Fort Walton Beach, FL 32548
Telephone: (850) 243-8974

***Waldhauer v. Menu Foods***
***3:07-cv-00131-MCR-EMT***
***N.D. Florida***

---

James Lee Davidson
Paul Jeffrey Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 B. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (560) 750-3364
Email: jdavidson@lerachlaw.com
sdavidson@lerachlaw.com
pgeller@lerachlaw.com

Lawrence M. Kopelman
KOPELMAN & BLANKMAN
350 E. Las Olas Blvd., Suite 980
Fort Lauderdale, FL 33301
Telephone: (954) 462-6855
Facsimile: (954) 462-6899

***Troiano v. Menu Foods***
***0:07-cv-60428-JIC***
***S.D. Florida***

---

Scott Wm. Weinstein
MORGAN & MORGAN, PA
12800 University Drive, Suite 600
P.O. Box 9504
Ft. Myers, FL 33906
Telephone: (239) 433-6880
Facsimile: (239) 433-6836
Email: sweinstein@forthepeople.com

Gary B. Mason
THE MASON LAW FIRM, P.C.
1225 19th Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
Email: gmason@masonlawdc.com

***Ferrarese v. Menu Foods***
***2:07-cv-00235-JES-DNF***
***M.D. Florida***

| | |
|---|---|
| Scott Rhead Shepherd<br>SHEPHERD FINKELMAN MILLER & SHAH<br>4400 N. Federal Highway<br>Lighthouse Point, FL 33064-1717<br>Telephone: (954) 943-9191<br>Facsimile: (954) 943-9173<br>Email: sshepherd@classactioncounsel.com | ***Donnelly v. Menu Foods***<br>***1:07-cv-20955-JAL***<br>***S.D. Florida*** |
| Bruce S. Bistline<br>Philip Howard Gordon<br>GORDON LAW OFFICES<br>623 W. Hays<br>Boise, ID 83702-5512<br>Telephone: (208) 345-7100<br>Facsimile: (208) 345-0050<br>Email: bbistline@gordonlawoffices.com<br>pgordon@gordonlawoffices.com<br><br>Mick Hodges<br>PETERSON HODGES & HARPER<br>P.O. Box 3088<br>Twin Falls, ID 83303-5298<br>Telephone: (208) 733-5500<br>Email: mick76hodges@aol.com | ***Klimes v. Menu Foods***<br>***1:07-cv-00160-MHW***<br>***D. Idaho*** |
| John Blim<br>Jay Edelson<br>BLIM & EDELSON, LLC<br>53 West Jackson Blvd., Suite 1642<br>Chicago, IL 60604<br>Telephone: (312) 913-9400<br>Facsimile: (312) 913-9401<br>Email: john@blimlaw.com<br>jay@blimlaw.com<br><br>Gino L. DiVito<br>TABET DiVITO & ROTHSTEIN LLC<br>209 S. La Salle Street, 7th Floor<br>Chicago, IL 60604<br>Telephone: (312) 762-9460<br>Email: gdivito@tdrlawfirm.com | ***Majerczyk v. Menu Foods***<br>***1:07-cv-01543***<br>***N.D. Illinois*** |

| | |
|---|---|
| Brian R. Cunha<br>BRIAN CUNHA & ASSOCIATES<br>311 Pine Street<br>Fall River, MA 02720<br>Telephone: (508) 675-9500<br>Facsimile: (508) 679-6565<br>Email: Brian@briancunha.com | ***Rodrigues v. Menu Foods***<br>***1:07-cv-10745-EFH***<br>***D. Massachusetts*** |
| Leonard M. Gulino<br>Daniel J. Mitchell<br>Theodore A. Small<br>Michael R. Bosse<br>BERNSTEIN, SHUR<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04104-5029<br>Telephone: (207) 774-1200<br>Email: lgulino@bssn.com<br>mbossee@bernsteinshur.com<br>dmitchell@bernsteinshur.com<br>tsmall@bernsteinshur.com | ***Brazilian v. Menu Foods Income Fund***<br>***2:07-cv-00054-GZS***<br>***D. Maine*** |
| Brian O. O'Mara<br>O'MARA LAW FIRM, P.C.<br>311 E. Liberty Street<br>Reno, NV 89501<br>Telephone: (775) 323-1321<br>Facsimile: (775) 323-4082<br>Email: brian@omaralaw.net | ***Streczyn v. Menu Foods***<br>***3:07-cv-00159-LRH-VPC***<br>***D. Nevada*** |
| Bruce Daniel Greenberg<br>Allyn Zissel Lite<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: (973) 623-3000<br>Email: bgreenberg@ldgrlaw.com<br>alite@ldgrlaw.com | ***Richard & Kohler v. Menu Foods***<br>***1:07-cv-01457-NLH-AMD***<br>***D. New Jersey*** |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-9002<br>Email: donna@trrlaw.com | ***Workman v. Menu Foods***<br>***l:07-cv-01338-NLH-AMD***<br>***D. New Jersey*** |

Sherrie R. Savett
Michael T. Fantini
Russell D. Paul
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

| | |
|---|---|
| Gregg D. Trautmann<br>TRAUTMANN & ASSOCIATES, LLC<br>262 East Main Street<br>Rockaway, NJ 07866<br>Telephone: (973) 316-8100<br>Email: gdt@trautmann.com | *Thomson v. Menu Foods*<br>*1:07-cv-01360-PGS-RJH*<br>*D. New Jersey* |
| Alan E. Sash<br>McLAUGHLIN & STERN, LLP<br>260 Madison Avenue<br>NewYork, NY 10016<br>Telephone: (212) 448-1100<br>Facsimile: (212) 448-0066<br>Email: asash@mclaughlinstern.com<br><br>Arthur N. Abbey<br>Stephen T. Rodd<br>Orin Kurtz<br>ABBEY SPANIER RODD ABRAMS & PARADIS<br>212 East 39th Street<br>New York, NY 10016 | *Tinker v. Menu Foods*<br>*1:07-cv-01468-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | *Richard v. Menu Foods*<br>*1:07-cv-01457-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com<br><br>Mark J. Tamblyn<br>WEXLER TORISEVA WALLACE<br>1610 Arden Way, Suite 290<br>Sacramento, CA 95815 | *Wilson v. Menu Foods*<br>*1:07-cv-01456-NLH-AMD*<br>*D. New Jersey* |

Kenneth A. Wexler
WEXLER TORISEVA WALLACE
One North La Salle Street, Suite 2000
Chicago, IL 60602

KERSHAW CUTTER & RATINOFF, LLP
980 9th Street, 19th Floor
Sacramento, CA 95814

| | |
|---|---|
| Michael A. Ferrara, Jr.<br>THE FERRARA LAW FIRM, LLC<br>601 Longwood Avenue<br>Cherry Hill, NJ 08002<br>Telephone: (856) 779-9500<br>Email: mferrara@ferraralawfirm.com<br><br>William M. Audet<br>Michael McShane<br>Kevin L. Thomason<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105 | *Bonier v. Menu Foods*<br>*1:07-cv-01477-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com<br><br>James Lee Davidson<br>Paul Jeffrey Geller<br>LBRACH COUGHLIN STOIA GELLER RUDMAN<br>& ROBBINS<br>120 E. Palmetto Park Rd., Suite 500<br>Boca Raton, FL 33432 | *Hidalgo v. Menu Foods*<br>*1:07-cv-01488-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | *Nunez v. Menu Foods*<br>*1:07-cv-1490-NLH*<br>*D. New Jersey* |

Jeff S. Westerman
Sabrina S. Kim
Cheryl A. Williams
Michiyo Michelle Furukawa
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071

| | |
|---|---|
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com<br><br>James Lee Davidson<br>Paul Jeffrey Geller<br>Stuart Andrew Davidson<br>LERACH COUGHLIN STOIA GELLER RUDMAN<br>& ROBBINS<br>120 B. Palmetto Park Rd., Suite 500<br>Boca Raton, FL 33432 | *Gagliardi v. Menu Foods*<br>*l:07-cv-01522-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com<br><br>Jeff S. Westerman<br>Sabrina S. Kim<br>Cheryl A. Williams<br>Michiyo Michelle Furukawa<br>MILBERG WEISS & BERSHAD LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071 | *Golding v. Menu Foods*<br>*l:07-cv-01521-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | *Turturro v. Menu Foods*<br>*1:07-cv-01523-NLH-AMD*<br>*D. New Jersey* |

James Lee Davidson
Paul Jeffrey Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432

| | |
|---|---|
| Donna Siegel Moffa<br>TRUJILLO, RODRIGUEZ & RICHARDS LLP<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-9002<br>Email: donna@trrlaw.com<br><br>Sherrie R. Savett<br>Michael T. Fantini<br>Russell D. Paul<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>Robert A. Rovner<br>Jeffrey Zimmerman<br>ROVNER, ALLEN, ROVNER ZIMMERMAN &<br>NASH<br>175 Bustleton Pike<br>Feasterville, PA 19053-6456 | ***Schneider v. Menu Foods***<br>***1:07-cv-01533-NLH-AMD***<br>***D. New Jersey*** |
| Michael A. Ferrara, Jr.<br>THE FERRARA LAW FIRM, LLC<br>601 Longwood Avenue<br>Cherry Hill, NJ 08002<br>Telephone: (856) 779-9500<br>Email: mferrara@ferraralawfirm.com | ***Berndl v. Menu Foods***<br>***1:07-cv-01553-NLH-AMD***<br>***D. New Jersey*** |
| Gary S. Graifman<br>KANTROWITZ, GOLDHAMMER & GRAIFMAN,<br>ESQS.<br>210 Summit Avenue<br>Montvale, NY 07645<br>Telephone: (201) 391-7000<br>Email: ggraifman@kgglaw.com | ***Pitisonberger v. Menu Foods***<br>***07-cv-01561-NLH-AMD***<br>***D. New Jersey*** |

Robert Kaplan
Linda Nussbaum
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

| | |
|---|---|
| William J. Pinilis<br>KAPLAN FOX & KILSHEIMER LLP<br>237 South Street<br>Morristown, NJ 07962<br>Telephone: (973) 401-1111<br>Email: wpinilis@kaplanfox.com | *Carter v. Menu Foods*<br>*1:07-cv-01562-NLH-AMD*<br>*D. New Jersey* |

William J. Pinilis                          *Bullock v. Menu Foods*
KAPLAN FOX & KILSHEIMER LLP                  *1:07-cv-01579-NLH-AMD*
237 South Street                            *D. New Jersey*
Morristown, NJ 07962
Telephone: (973) 401-1111
Email: wpinilis@kaplanfox.com

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111

Todd M. Schneider
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

Gary B. Mason
Donna F. Sollen
THE MASON LAW FIRM, LLP
1225 19th Street, NW Suite 500
Washington, DC 20036

Gary S. Graifman
KANTROWITZ, GOLDHAMMER & GRAIFMAN
210 Summit Avenue
Montvale, NY 07645

Jeffrey A. Wigodsky
KARP, FROSH, LAPIDUS, WIGODSKY &
NORWIND
1133 Connecticut Ave. NW, Suite 250
Washington, DC 20036

Joseph M. Vanek
VANEK, VICKERS & MASINI
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606

James C. Shah                                          *Christina Johnson v. Menu Foods*
SHEPHERD, FINKELMAN, MILLER & SHAH,                    *1:07-cv-01610-NLH-AMD*
LLC                                                    *D. New Jersey*
475 White Horse Pike
Collingswood, NJ 08107-1909
Telephone: (856) 858-1770
Facsimile: (856) 858-7012
Email: jshah@classactioncounsel.com

Scott A. George                                        *Conner v. Menu Foods*
SEEGER WEISS, LLP                                      *1:07-cv-01623-NLH-AMD*
550 Broad Street, Suite 920                            *D. New Jersey*
Newark, NJ 07102
Telephone: (973) 639-9100
Email: sgeorge@seegerweiss.com

Donna Siegel Moffa                                     *Long v. Menu Foods*
TRUJILLO RODRIGUEZ & RICHARDS                          *1:07-01624-NLH-AMD*
8 Kings Highway West                                   *D. New Jersey*
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Email: donna@trrlaw.com

Donna Siegel Moffa                                     *Conti v. Menu Foods*
TRUJILLO RODRIGUEZ & RICHARDS                          *1:07-cv-01638-NLH-AMD*
8 Kings Highway West                                   *D. New Jersey*
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Email: donna@trrlaw.com

Joseph J. DePalma                                      *Freeman v. Menu Foods*
LITE, DEPALMA, GREENBERG & RIVAS, LLC                  *1:07-cv-01646-NLH-AMD*
Two Gateway Center, 12th Floor                         *D. New Jersey*
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

William J. Pinilis                                     *Pirches v. Menu Foods*
KAPLAN FOX & KILSHEIMER LLP                            *1:07-cv-01685-NLH-AMD*
237 South Street                                       *D. New Jersey*
Morristown, NJ 07962
Telephone: (973) 401-1111
Email: wpinilis@kaplanfox.com

| | |
|---|---|
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | ***Diedrich v. Menu Foods***<br>***1:07-cv-01700-NLH-AMD***<br>***D. New Jersey*** |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | ***Sokolwski v. Menu Foods***<br>***1:07-cv-01709-NLH-AMD***<br>***D. New Jersey*** |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | ***McCullouch v. Menu Foods***<br>***1:07-cv-01710-NLH-AMD***<br>***D. New Jersey*** |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | ***Colquilt v. Menu Foods***<br>***1:07-cv-01738-NLH-AMD***<br>***D. New Jersey*** |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | ***Debarthy v. Menu Foods***<br>***1:07-cv-01739-NLH-AMD***<br>***D. New Jersey*** |
| Seth R. Lesser<br>LAW OFFICES OF GENE LOCKS, PLLC<br>457 Haddonfield Road, Suite 500<br>Cherry Hill, NJ 08002<br>Telephone: (856) 663-8200<br>Email: slesser@lockslawny.com | ***Byers v. Menu Foods***<br>***1:07-cv-01747-NLH-AMD***<br>***D. New Jersey*** |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-9002<br>Email: donna@trrlaw.com | ***Carestio v. Menu Foods***<br>***1:07-cv-01762-NLH-AMD***<br>***D. New Jersey*** |

John T. Murray
Dennis E. Murray, Sr.
Leslie O. Murray
MURRAY & MURRAY CO., LPA
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44870
Telephone: (419) 624-3000
Facsimile: (419) 624-0707
Email: jotm@murrayandmurray.com
dms@murrayandmurray.com
lom@murrayandmurray.com

Jeremy Gilman
Nicole Dorsky
BENESCH, FRIEDLANDER, COPLAN, ARONOFF
2300 BP Tower
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: (216) 363-4593
Facsimile: (216) 363-4588
Email: jgilman@bfca.com
ndorsky@bfca.com

*Boehm v. Menu Foods*
*l:07-cv-01018-PCE*
*D. Ohio*

---

Peter N. Wasylyk
PETER N. WASYLYK - ATTORNEY AT LAW
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: 831-7730
Facsimile: 861-6064
Email: pnwlaw@aol.com

*Brown v. Menu Foods*
*1:07-cv-00115-ML-LDA*
*D. Rhode Island*

---

Garrett D. Blanchfield, Jr.
Mark Reinhardt
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite E-1250
St. Paul, MN 55101
Telephone: (651) 287-2100
Email: g.blanchfield@rwblawfirm.com
mreinhardt@comcast.net

*Rozman v. Menu Foods Midwest Corp.*
*0:07-cv-01808-ADM-AJB*
*Minnesota*

---

Andrew S. Kierstead
LAW OFFICE OF ANDREW S. KIERSTEAD
1001 SW Fifth Avenue, Suite 1100
Portland, OR 97204

Marc Stanley
STANLEY MANDEL & IOLA, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

---

A. James Andrews                                    *Holt v. Menu Foods*
A. JAMES ANDREWS, ATTORNEY AT LAW                   *3:07-cv-00094*
905 Locust Street                                   *E.D. Tennessee*
Knoxville, TN 37902
Telephone: (865) 660-3993
Facsimile: (865) 523-4623
Email: andrewsesq@icx.net

Nicole Bass
905 Locust Street
Knoxville, TN 37902

Perry A. Craft
CRAFT & SHEPPARD
214 Centerview Drive, Suite 233
Brentwood, TN 37027
Telephone: (615) 309-1707
Facsimile: (615) 309-1717
Email: perrycraft@crafsheppardlaw.com

---

Dan C. Stanley                                      *Light v. Menu Foods*
Robert R. Kurtz                                     *3:07-cv-00098*
STANLEY & KURTZ, PLLC                               *E.D. Tennessee*
422 S. Gay Street, 3rd Floor
Knoxville, TN 37902
Telephone: (865) 522-9942
Facsimile: (865) 522-9945
Email: rkurtz@lock-net.com
dan@danchanningstanley.com

---

Michael David Myers                                 *Whaley v. Menu Foods*
MYERS & COMPANY                                     *2:07-cv-00411-RSM*
1809 7th Avenue, Suite 700                          *W.D. Washington*
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 398-1189
Email: mmyers@myers-company.com

Adam Karp
ANIMAL LAW OFFICES
114 W. Magnolia Street, Suite 425
Bellingham, WA 98225-4354
Telephone: (360) 738-7273
Facsimile: (360) 392-3936
Email: adam@animal-lawyer.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO
1301 5th Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com

*Heller v. Menu Foods*
*2:07-cv-00453-JCC*
*W.D. Washington*

Michael David Myers
MYERS & COMPANY
1809 7th Avenue, Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 398-1189
Email: mmyers@myers-company.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO
1301 5th Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com

*Kornelius v. Menu Foods*
*2:07-cv-00454-MJP*
*W.D. Washington*

Michael David Myers
MYERS & COMPANY
1809 7th Avenue, Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 398-1189
Email: mmyers@myers-company.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO
1301 5th Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com

*Johnson v. Menu Foods*
*2:07-cv-00455-JCC*
*W.D. Washington*

Adam Karp                               ***Suggett v. Menu Foods***
ANIMAL LAW OFFICES                      ***2:07-cv-00457-RSM***
114 W. Magnolia Street, Suite 425       ***W.D. Washington***
Bellingham, WA 98225-4354
Telephone: (360) 738-7273
Facsimile: (360) 392-3936
Email: adam@animal-lawyer.com

Jennifer Reba Thomaidis                 ***Tompkins v. Menu Foods***
THOMAIDIS LAW, LLC                      ***1:07-cv-00736-JLK***
1866 Vine Street                        ***D. Colorado***
Denver, CO 80206
Telephone: (303) 322-4355
Facsimile: (303) 322-4354
Email: Jennifer@thomaidislaw.com

| **COURTS** | |
|---|---|
| Clerk of the Court<br>U.S. District Court, Western District of Arkansas<br>35 B. Mountain Street, Suite 510<br>Fayetteville, AR 72701-5354 | Clerk of the Court<br>U.S. District Court, Central District of California<br>312 N. Spring Street, Rm G-8<br>Los Angeles, CA 90012 |
| Clerk of the Court<br>U.S. District Court, Northern District of California<br>Phillip Burton United States Courthouse<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102-3434 | Clerk of the Court<br>U.S. District Court, Southern District of California<br>4290 Edward J. Schwartz<br>United States Courthouse<br>940 Front Street<br>SanDiego, CA 92101 |
| Clerk of the Court<br>U.S. District Court, District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street, 2nd Floor<br>Denver, CO 80294 | Clerk of the Court<br>U.S. District Court, District of Connecticut<br>450 Main<br>Hartford, CT 06103 |
| Clerk of the Court<br>U.S. District Court, Middle District of Florida<br>George C. Young United States Courthouse<br>80 North Hughey Avenue, Suite 300<br>Orlando, FL 32801 | Clerk of the Court<br>U.S. District Court, Northern District of Florida<br>United States Courthouse Annex<br>111 North Adams Street, 3rd Floor<br>Tallahassee, FL 32301 |
| Clerk of the Court<br>U.S. District Court, Southern District of Florida<br>299 B. Broward Blvd., Suite 108<br>Fort Lauderdale, FL 33301 | Clerk of the Court<br>U.S. District Court, District Court of Idaho<br>400 James A. McClure Federal Bldg and<br>United States Courthouse<br>550 West Fort Street |

| | Boise, ID 83724-0101 |
|---|---|
| Clerk of the Court<br>U.S. District Court, Northern District of Illinois<br>209 S. Dearborn Street<br>Chicago, IL 60604 | Clerk of the Court<br>U.S. District Court, District Court of Maine<br>Edward T. Gignoux Federal Courthouse<br>156 Federal Street<br>Portland, ME 04101-4152 |
| Clerk of the Court<br>U.S. District Court, District of Massachusetts<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way, Suite 2300<br>Boston, MA 02210-3002 | Clerk of the Court<br>U.S. District Court, District Court of Minnesota<br>United States Courthouse<br>300 South Fourth Street, Suite 202<br>Minneapolis, MN 55415 |
| Clerk of the Court<br>U.S. District Court, District Court of Nevada<br>Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd. South, 1st Floor<br>Las Vegas, NV 89101-7065 | Clerk of the Court<br>U.S. District Court, Northern District of Ohio<br>Carl B. Stokes United States Courthouse<br>801 West Superior Avenue<br>Cleveland, OH 44113 |
| Clerk of the Court<br>U.S. District Court, District Court of Rhode Island<br>Federal Building and Courthouse<br>One Exchange Terrace<br>Providence, RI 02903 | Clerk of the Court<br>U.S. District Court, Eastern District of Tennessee<br>Howard H. Baker Jr. United States Courthouse<br>800 Market Street, Suite 130<br>Knoxville, TN 37902-7902 |
| Clerk of the Court<br>U.S. District Court, Western District of Washington<br>700 Stewart Street<br>Seattle, WA 98101 | |

Doc 1441949  Ver 1